IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   15-cv-02395-WYD

SHIRLEY MONTOYA,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

## ORDER

**Daniel, J.**

    Defendant's Unopposed Motion for Remand (ECF No. 15), seeking entry of judgment and a remand for further administrative proceedings under sentence four of 42 U.S.C. § 405(g), is **GRANTED**.  The final decision of the agency is **REVERSED** and the case **REMANDED** for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  On remand, the Appeals Council will instruct the administrative law judge ("ALJ") to allow Plaintiff the opportunity for a new hearing and to submit new relevant medical evidence.  The ALJ will evaluate all opinion evidence of record and will explain the weight provided to each opinion with citations to record evidence that supports the weight assigned.  The ALJ will re-evaluate Plaintiff's impairments at step three of the sequential evaluation process and support the step three findings with citations to the record.  The ALJ will also obtain supplemental vocational expert evidence as necessary to determine whether Plaintiff has any skills from past relevant work that would transfer to other work.  The ALJ will proceed through the sequential

evaluation process as necessary to issue a *de novo* decision.

The Clerk is directed to enter a judgment in accordance with Fed. R. Civ. P. 58, consistent with the United States Supreme Court's decision in *Shalala v. Schaefer*, 509 U.S. 292, 296-302 (1993).

Dated:  January 13, 2016

         BY THE COURT:

         */s/ Wiley Y. Daniel*
         WILEY Y. DANIEL,
         SENIOR UNITED STATES DISTRICT JUDGE