IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   15-cv-02395-WYD

SHIRLEY MONTOYA,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

## FINAL JUDGMENT

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order, filed on January 13, 2016, by the Honorable Wiley Y. Daniel, Senior United States District Judge, and incorporated herein by reference as if fully set forth, it is hereby

ORDERED that the final decision of the agency is **REVERSED** and the case **REMANDED** for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  It is further

ORDERED that Plaintiff shall have its costs by the filing of a Bill of Costs with the Clerk of this Court within fourteen (14) days of entry of judgment, and pursuant to the procedures set forth in Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

DATED at Denver, Colorado this 14th day of January, 2016.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

*/s/ Robert R. Keech*
Robert R. Keech,
Deputy Clerk